UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BURGUIN,
        Plaintiff,

v.

RAZOR CAPITAL, LLC, a Limited Liability Company; LIGHTHOUSE RECOVERY ASSOCIATES, LLC, a Limited Liability Company; NELSON & KENNARD, Attorneys at Law,
        Defendants
_____/

CASE NO. CV 15-00427-MMC

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF MEDIATION

    Counsel have met and conferred regarding ADR and have reached the following stipulation:

The mediation order was signed on May 11, 2015, with a presumptive completion deadline of August 10, 2015. A mediator was not assigned by the ADR department until June 25, 2015.

Therefore, the parties agree to extend the ADR deadline 30 DAYS, to Wednesday September 9, 2015.

Dated: 6/29/15

        Juliana Fredman
        Attorney for Plaintiff
        LAWRENCE BURGUIN

Dated: 6/26/15

        Clifton Inohara
        Attorney for Defendants
        RAZOR CAPITAL, LLC and
        NELSON & KENNARD

[PROPOSED] ORDER

    [X]    The parties' stipulation is adopted and IT IS SO ORDERED.
    [ ]    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 29, 2015

        UNITED STATES DISTRICT COURT JUDGE