1  File No. 13-15383-0
   Robert Scott Kennard
2  State Bar No. 117017
   Email: rskennard@nelson-kennard.com
3  Clifton Inohara
   State Bar No. 242375
4  Email: cinohara@nelson-kennard.com
   2180 Harvard Street, Ste. 160
5  Sacramento, CA  95815
   Tel.: (916) 920-2295
6  Fax.: (916) 920-0682

7  Attorneys for Defendants
   RAZOR CAPITAL, LLC; NELSON & KENNARD
8

9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | LAWRENCE BURGUIN, | ) | **Case No.: 15-CV-00427-MMC** |
   |---|---|---|
13 | Plaintiff, | ) ) ) | |
14 | vs. | ) ) ) | ~~(Proposed)~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR HEARING ON AUGUST 28, 2015** |
15 | | ) ) | |
16 | RAZOR CAPITAL, LLC, a Limited Liability Company; LIGHTHOUSE RECOVERY ASSOCIATES, LLC, a Limited Liability Company; NELSON & KENNARD, Attorneys at Law, | ) ) ) ) ) ) ) | |
18 | | ) | **DATE:** 08/28/15 |
19 | Defendants. | ) ) ) | **TIME:** 10:30 a.m.  **ROOM:** 7 |
20 | | ) | **JUDGE:** Hon. Maxine M. Chesney |

21     The court having considered the stipulation of the parties to

22  continue the Case Management Conference currently scheduled for

23  August 28, 2015, and with good cause appearing therefore;

24     IT IS HEREBY ORDERED that the Case Management Conference

25  currently scheduled for hearing on August 28, 2015 shall be

26  continued and shall now be heard on <u>September 25, 2015      </u>

27  at <u> 10:30 </u> a.m.~~/p.m.~~

1
2  Dated: August 18, 2015                    _____
3                                            Honorable Maxine M. Chesney
                                             UNITED STATES DISTRICT COURT
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28