United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BURGUIN<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAZOR CAPITAL LLC, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00427-MMC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  September 2, 2015<br>Mediator:  Simon Frankel |

　　　　IT IS HEREBY ORDERED that the request to excuse defendant Razor Capital, LLC from appearing in person at the September 2, 2015, mediation before Simon Frankel is GRANTED. A representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　　**IT IS SO ORDERED**.

Dated: August 24, 2015

_____
Maria-Elena James
United States Magistrate Judge