Claire Johnson Raba   SBN 271691
Juliana Fredman        SBN 282924
BAY AREA LEGAL AID
1035 Market St. 6th Floor
San Francisco, CA 94103
Phone: (415) 982.1300
Fax: (415) 982.4243
Email: jfredman@baylegal.org

Attorneys for Plaintiff
LAWRENCE BURGUIN

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE BURGUIN,<br><br>                  Plaintiff,<br>   v.<br><br>RAZOR CAPITAL, LLC, a Limited Liability Company; LIGHTHOUSE RECOVERY ASSOCIATES, LLC, a Limited Liability Company; NELSON & KENNARD, Attorneys at Law,<br><br>                  Defendants. | Case No.   15-CV-00427-MMC<br><br>REQUEST FOR DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

**TO THE COURT:**

This case has settled and all terms have been completed. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff Lawrence Burguin hereby requests that the Court Dismiss With Prejudice all claims against all DEFENDANTS.

//

//

1  //

Respectfully submitted,

BAY AREA LEGAL AID

Dated: October 19, 2015

By: /s/ Juliana Fredman
Juliana Fredman (SBN 282924)
BAY AREA LEGAL AID
1035 Market St. 6th Floor
San Francisco, California  94103
Telephone Number: (415) 982 1300
Facsimile Number: (415) 982 4243
Email Address: jfredman@baylegal.org

Attorney for Plaintiff
LAWRENCE BURGUIN

- 2 –
NOTICE OF SETTLEMENT